UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X

JERMAINE CRANMORE, on behalf of himself and all others similarly situated,

        Plaintiff,

        v.

PARTS AUTHORITY, LLC, PARTS AUTHORITY-WAW LLC, DRA LOGISTICS CORP. d/b/a WORKFORCE, AND 130 ST. EQUITIES LLC d/b/a WORKFORCE,

        Defendants.

-------------------------------------------------------------------------X

**NOTICE OF APPEARANCE**

Civ. No.:  24-cv-05842

To the Clerk of this Court and all parties of record:

Enter my appearance as attorney of record in this case for Defendants PARTS AUTHORITY, LLC and PARTS AUTHORITY-WAW LLC.  I certify that I am admitted to practice in this Court.

Dated: Melville, New York
       September 18, 2024

                Respectfully submitted,

                JACKSON LEWIS P.C.
                *Attorneys for Defendants*
                58 South Service Road, Suite 250
                Melville, New York 11747
                (631) 247-0404
                Jeffrey.Brecher@jacksonlewis.com

       By:   *Jeffrey W. Brecher*
                Jeffrey W. Brecher, Esq.

4882-4062-0006, v. 1