UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

JERMAINE CRANMORE, on behalf of himself and all others similarly situated,

                Plaintiff,

                v.

PARTS AUTHORITY, LLC, PARTS AUTHORITY-WAW LLC, DRA LOGISTICS CORP. d/b/a WORKFORCE, AND 130 ST. EQUITIES LLC d/b/a WORKFORCE,

                Defendants.

---------------------------------------------------------------X

Civ. No.:  24-cv-05842

## DEFENDANTS PARTS AUTHORITY, LLC AND PARTS AUTHORITY-WAW LLC'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO RULE 7.1 OF THE FEDERAL RULES OF CIVIL PROCEDURE

Pursuant to Federal Rule of Civil Procedure 7.1, and to enable the District Judges and Magistrate Judges of this Court to evaluate possible disqualification or recusal, the undersigned counsel for PARTS AUTHORITY, LLC and PARTS AUTHORITY-WAW LLC hereby certifies that Defendants PARTS AUTHORITY, LLC and PARTS AUTHORITY-WAW LLC are not governmental entities, and have no publicly held parents, subsidiaries or affiliated entities.

Dated: Melville, New York
        October 9, 2024

                              Respectfully submitted,

                              JACKSON LEWIS P.C.
                              *ATTORNEYS FOR DEFENDANTS PARTS AUTHORITY, LLC and PARTS AUTHORITY-WAW LLC*
                              58 South Service Road, Suite 250
                              Melville, New York 11747
                              (631) 247-0404

                By:    *Jeffrey W. Brecher*
                              JEFFREY W. BRECHER, ESQ.