# PECHMAN LAW GROUP PLLC
### LABOR & EMPLOYMENT ATTORNEYS

**488 MADISON AVENUE**
**NEW YORK, NEW YORK 10022**
**(212) 583-9500**
**WWW.PECHMANLAW.COM**

December 17, 2024

**VIA ECF**

Hon. Lewis J. Liman
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re: *Cranmore v. Parts Authority, LLC et al.*
        No. 24 Civ. 5842 (LJL)

Dear Judge Liman:

    We represent Plaintiff Jermaine Cranmore in the above matter and write pursuant to the Court's December 3, 2024 Case Management Plan and Scheduling Order, ECF No. 33 (the "Order"), to advise that Plaintiff intends to move for conditional certification of an FLSA collective by the March 14, 2025 deadline set forth in the Order. As a result, there is no agreement between the Parties to toll the statute of limitations for putative FLSA collective members and the Parties are not requesting the modification of the deadlines set forth in the Order.

    We thank the Court for its time and consideration.

                                      Respectfully submitted,

                                      Galen C. Baynes

cc: Counsel of Record via ECF