# EXHIBIT 3

**Friday, February 21, 2025 at 16:29:38 Eastern Standard Time**

**Subject:** Re: Cranmore v. Parts Authority, LLC et al. [24-cv-05842]
**Date:** Thursday, February 20, 2025 at 6:26:33 PM Eastern Standard Time
**From:** Galen Baynes
**To:** Jason Mizrahi, Joshua Levin-Epstein
**CC:** Hugo Espinoza, Lou Pechman, Camille Sanchez

Jason,

Please note that the rules require that counsel be available to meet and confer within 48 hours of receiving a request from the initiating party. It has now been two months since plaintiff served discovery requests, and the Workforce Defendants have not produced any responsive documents and have lodged only boilerplate objections to the requests.

Please confirm a time for the meet and confer tomorrow.

Regards,

--
Galen C. Baynes
Partner
Pechman Law Group PLLC
488 Madison Avenue, 17th Floor
New York, New York 10022
Ph. (212) 583-9500
Fx. (212) 409-8763
[www.pechmanlaw.com](www.pechmanlaw.com)

---

**From:** Jason Mizrahi <Jason@levinepstein.com>
**Date:** Thursday, February 20, 2025 at 6:08 PM
**To:** Galen Baynes <baynes@pechmanlaw.com>, Joshua Levin-Epstein <Joshua@levinepstein.com>
**Cc:** Hugo Espinoza <Hugo@levinepstein.com>, Lou Pechman <pechman@pechmanlaw.com>, Camille Sanchez <sanchez@pechmanlaw.com>
**Subject:** RE: Cranmore v. Parts Authority, LLC et al. [24-cv-05842]

Hi Galen,

How is Monday or Tuesday next week?

_____
Jason Mizrahi, Esq.
Levin-Epstein & Associates, P.C.
60 East 42nd Street, Suite 4700
New York, NY 10165
Office: (212) 792-0048

Mobile: (301) 758-7351
Email: Jason@levinepstein.com

*The information contained in this transmission, including attachments, is strictly confidential and intended solely for and the use by the intended recipients. This email may be protected by the attorney-client privilege, work-product doctrine, or other applicable legal or professional protections. If you are not the intended recipient, please be notified that any retention, use, disclosure, dissemination, distribution or copying of this email is strictly prohibited, kindly notify us of your inadvertent receipt of the email, by return email, destroy any printouts and delete any electronic copies.  Any waiver of any privilege which might otherwise arise from this email being sent to, or received by, an unintended recipient is hereby expressly disclaimed. No attorney-client relationship is created by virtue of a recipients receipt of this email in error. Thank you.*

**From:** Galen Baynes <baynes@pechmanlaw.com>
**Sent:** Thursday, February 20, 2025 5:48 PM
**To:** Jason Mizrahi <Jason@levinepstein.com>; Joshua Levin-Epstein <Joshua@levinepstein.com>
**Cc:** Hugo Espinoza <Hugo@levinepstein.com>; Lou Pechman <pechman@pechmanlaw.com>; Camille Sanchez <sanchez@pechmanlaw.com>
**Subject:** Re: Cranmore v. Parts Authority, LLC et al. [24-cv-05842]

Good afternoon,

Following up on our below request for a meet-and-confer regarding the Workforce Defendants' discovery deficiencies per Rule 4(C) of Judge Liman's individual rules.  I am available throughout the day tomorrow for the meet-and-confer except for between 10 and 10:30 a.m.  Please advise.

Regards,

--
Galen C. Baynes
Partner
Pechman Law Group PLLC
488 Madison Avenue, 17th Floor
New York, New York 10022
Ph. (212) 583-9500
Fx. (212) 409-8763
www.pechmanlaw.com

**From:** Galen Baynes <baynes@pechmanlaw.com>
**Date:** Wednesday, February 19, 2025 at 4:22 PM
**To:** Jason Mizrahi <Jason@levinepstein.com>, Joshua Levin-Epstein <Joshua@levinepstein.com>
**Cc:** Hugo Espinoza <Hugo@levinepstein.com>, Lou Pechman <pechman@pechmanlaw.com>, Camille Sanchez <sanchez@pechmanlaw.com>
**Subject:** Re: Cranmore v. Parts Authority, LLC et al. [24-cv-05842]

Good afternoon,

This is a request for a meet-and-confer pursuant to FRCP 37 and Judge Liman's Individual Practices

in Civil Cases regarding the Workforce Defendants' deficient responses and objections Plaintiff's December 20, 2024 first set interrogatories and document requests.

The Workforce Defendants' deficient interrogatory responses are unsigned, unsworn, contain blanket objections, and fail to identify all individuals whose identities are requested. We request that the Workforce Defendants produce compliant and fully responsive interrogatory responses.

The Workforce Defendants have not produced a single document in response to Plaintiffs' document requests and advance the same blanket, copy-and-paste objection to each of the requests. All responsive documents must immediately be produced. We note that Plaintiff has already twice consented to the Workforce Defendants' requests for extensions of time to serve responses and objections and produce responsive documents, which were originally due on January 19, 2025.

Please confirm your availability for a meet-and-confirm tomorrow (2/20) or Friday (2/21) in accordance with Judge Liman's individual rules.

Regards,

--
Galen C. Baynes
Partner
Pechman Law Group PLLC
488 Madison Avenue, 17th Floor
New York, New York 10022
Ph. (212) 583-9500
Fx. (212) 409-8763
www.pechmanlaw.com

---

**From:** Hugo Espinoza <Hugo@levinepstein.com>
**Date:** Wednesday, February 19, 2025 at 2:30 PM
**To:** Galen Baynes <baynes@pechmanlaw.com>, Lou Pechman <pechman@pechmanlaw.com>
**Cc:** Jason Mizrahi <Jason@levinepstein.com>, Joshua Levin-Epstein <Joshua@levinepstein.com>
**Subject:** Cranmore v. Parts Authority, LLC et al. [24-cv-05842]

**GlobalMac iT Alert:**
**Warning:** This email was received from a Suspicious Sender. If the sender is trusted, remove the banner.
Report Phishing   Remove Banner
powered by Graphus®

Counselors,

Good Afternoon.

Enclosed herein, please see Defendants' responses and objections to Plaintiff's Interrogatories and first set of document requests.

Thank you for your attention to the foregoing.

_____
Paralegal
Hugo Espinoza
Levin-Epstein & Associates, P.C.
60 East 42nd Street, Suite 4700
New York, NY 10165
Phone: (212) 792-0046


Connecticut Office Address:
Levin-Epstein & Associates, P.C.
777 West Putnam Avenue
Suite 300
Greenwich, CT 06830

*The information contained in this transmission, including attachments, is strictly confidential and intended solely for and the use by the intended recipients. This email may be protected by the attorney-client privilege, work-product doctrine, or other applicable legal or professional protections. If you are not the intended recipient, please be notified that any retention, use, disclosure, dissemination, distribution or copying of this email is strictly prohibited, Kindly notify us of your inadvertent receipt of the email, by return email, destroy any printouts and delete any electronic copies.  Any waiver of any privilege which might otherwise arise from this email being sent to, or received by, an unintended recipient is hereby expressly disclaimed. No attorney-client relationship is created by virtue of a recipients receipt of this email in error. Thank you.*