# EXHIBIT A

# PECHMAN LAW GROUP PLLC
### LABOR & EMPLOYMENT ATTORNEYS

**488 MADISON AVENUE**
**NEW YORK, NEW YORK 10022**
**(212) 583-9500**
**WWW.PECHMANLAW.COM**

March 5, 2025

**VIA EMAIL (jason@levinepstein.com)**

Jason Mizrahi, Esq.
Levin-Epstein & Associates, P.C.
420 Lexington Avenue, Suite 2458
New York, New York 10170

    Re:   *Cranmore v. Parts Authority LLC et al.*, No. 24 Civ. 5842 (LJL)
              Discovery Deficiency and Meet-and-Confer Request

Dear Jason:

    Please advise on your availability for a meet-and-confer on March 6 or 7, 2025, consistent with Federal Rule of Civil Procedure 37(a) and Rule 4(C) of Judge Liman's Individual Practices in Civil Cases, regarding deficiencies in Defendants DRA Logistics, Inc. and 130 St. Equities LLC (the "Workforce Defendants") supplemental discovery responses and document productions (the "Production") served on March 4, 2025.

    Pursuant to the Court's February 26, 2025 Order, the Workforce Defendants were required to "produce all documents responsive to Plaintiff's First Set of Requests for the Production of Documents (the 'Document Requests') by no later than March 4, 2025." *See* ECF No. 40 at 1. Nevertheless, the Production consists solely of two pages which appear to be a typed recitation of purported hours worked by Plaintiff and corresponding dates. *See* **Ex. 1**.

    The Production is plainly deficient, as are the supplemental responses, which repeatedly refer Plaintiff to the Production in response to requests for entirely distinct categories of documents. With respect to Plaintiff's Document Requests 1, 3, 4, 6, 7, 12, 14, 16, and 26, the Workforce Defendants responded: "Defendants respectfully refer Plaintiff to the bate-stamped document production made simultaneously herewith." The Production, however, does not contain documents responsive to these Requests. By way of example, the Production is not responsive to Plaintiff's Document Request 4 for "documents and communications concerning, showing, or otherwise evidencing wages paid to Plaintiff and the Warehouse Workers for work performed at the Bronx Warehouse" as the Production only contains information relevant to Plaintiff and contains no reflection of wages paid.

Jason Mizrahi, Esq.
March 5, 2025
Page 2 of 2

      We therefore request that the Workforce Defendants supplement their responses and produce all documents responsive to Plaintiff's Document Requests 1, 3, 4, 6, 7, 12, 14, 16, and 26 in accordance with the Court's Order.  Note that where the request calls for documents concerning the Warehouse Workers in addition to Plaintiff, all such responsive documents must be produced.  Further note that the objections lodged by the Workforce Defendants in response to Plaintiff's Document Requests 19 and 27 are improper as "the Workforce Defendants [] waived their objections by failing to timely respond to the Document Requests[.]"  ECF No. 40 at 1.

      Thank you for your attention to this matter.

                                                    Sincerely,

                                                   */s/ Galen C. Baynes*

                                                   Galen C. Baynes

cc: Joshua Levin-Epstein, Esq.

Enclosure

# EXHIBIT 1

JERMAINE CRANMORE   12/05/2022 -12/11/2022      TOTAL HOURS: 40

JERMAINE CRANMORE   12/12/2022 - 12/18/2022     TATAL HOURS : 39

JERMAINE CRANMORE  12/19/2022 - 12/24/20222     TOTAL HOURS : 25

JERMAINE   CRANMORE 12/26/2022 - 12/31/2022     TOTAL HOURS : 32

JERMAINE  CRANMORE   02/01/2023 -02/05/2023     TOTAL HOURS: 32

JERMAINE  CRANMORE  02/06/2023 - 02/12/2023     TOTAL HOURS : 0

JERMAINE CRANMORE   11/27/2023 - 12/03/2023     TOTAL HOURS : 25

JERMAINE  CRANMORE   12/04/2023 - 12/10/2023    TOTAL HOURS : 42

JERMAINE CRANMORE    12/11/2023 - 12/17/2023    TOTAL HOURS : 64

JERMAINE  CRANMORE   12/18/2023 - 12/24/2023    TOTAL HOURS : 42

JERMAINE  CRANMORE   12/26/2023 - 12/31/2023    TOTAL HOURS : 34

JERMAINE  CRANMORE   01/01/2024 - 01/07/2024    TOTAL HOURS : 47

JERMAINE  CRANMORE   01/08/2024 - 01/14/2024    TOTAL HOURS : 44

JERMAINE  CRANMORE   01/15/2024 - 01/21/2024    TOTAL HOURS : 51

JERMAINE  CRANMORE   01/22/2024 - 01/28/2024    TOTAL HOURS : 31

JERMAINE CRANMORE   01/29/2024 - 02/04/2024    TOTAL HOURS : 49

JERMAINE CRANMORE   02/05/2024 - 02/11/2024    TOTAL HOURS ; 16

JERMAINE CRANMORE   02/12/2024 - 02/18/2024    TOTAL HOURS : 40

JERMAINE CRANMORE   02/19/2024 - 02/25/2024    TOTAL HOURS: 47

JERMAINE CRANMORE   02/26/2024 - 03/03/2024    TOTAL HOURS : 34

JERMAINE CRANMORE   03/04/2024 - 03/10/2024    TOTAL HOURS : 0

JERMAINE CRANMORE   03/11/2024 - 03/03/17/2024 TOTAL HOURS : 47

JERMAINE CRANMORE   03/18/2024 - 03/24/2024    TOTAL HOURS : 32

JERMAINE CRANMORE   03/25/2024 - 03/31/2024    TOTAL HOURS : 47

JERMAINE CRANMORE   04/01/2024 - 04/07/2024    TOTAL HOURS : 48

JERMAINE CRANMORE   04/08/2024 - 04/14/2024    TOTAL HOURS : 40

Workforce Defendants 000002