# EXHIBIT B

# DRA LOGISTICS CORP.

**OFFICE #:** 718-262-9606         **CLIFFS #:** 917-627-7321

**DATE:** 10/3/2022

**PARTS AUTHORITY**                **STORE #:** 31
**1601 BRONXDALE AVENUE**
**BRONX**
**NEW YORK, 10462**

| DATE | DAYS | TOTAL HRS/WORK |
|---|---|---|
| 10/3/2022 | MONDAY | 1741 |
| 10/4/2022 | TUESDAY | 1660 |
| 10/5/2022 | WEDNESDAY | 1533 |
| 10/6/2022 | THURSDAY | 1540 |
| 10/7/2022 | FRIDAY | 1303 |
| 10/8/2022 | SATURDAY | 1337 |
| 10/9/2022 | SUNDAY | 867 |
|  |  |  |
|  |  |  |
|  | **TOTAL** | **9981** |

Manager's Signature: _____ *(signed)* _____

Print Name: Azaam Haniff

CONFIDENTIAL                                                            PA000001