# EXHIBIT C

# Invoice

**DRA LOGISTICS CORP.**

143-18 102ND AVE
JAMAICA, NY 11435

| Date | Invoice # |
|---|---|
| 10/3/2023 | 388 |

**Bill To**

PARTS AUTHORITY
3 DAKOTA DR.
NEW HYDE PARK, NY 11042

| P.O. No. | Terms | Project |
|---|---|---|
|  |  |  |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 8,262 | PERIOD 09/25/23 TO 10/01/23<br>WAW BRONX NY<br><br>SEND PAYMENTS TO: DRA LOGISTICS CORP.<br>9953 211 TH STREET<br>QUEENS VILLAGE, NY 11429 | 19.35 | 159,869.70 |

Thank you for your business.

**Total** $159,869.70

CONFIDENTIAL

PA000644