UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__3/14/2025__
```

----------------------------------------------------------------------X
                                                      :

JERMAINE CRANMORE, et al.,            :

                     Plaintiffs,      :

                                :                  24-cv-5842 (LJL)

         -v-                  :

                                :                     ORDER

PARTS AUTHORITY, LLC, et al.,      :

                     Defendants.    :

                                :
----------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

       Plaintiff Jemaine Cranmore ("Plaintiff") moves to compel the production of documents by March 14, 2025, pursuant to Federal Rule of Civil Procedure 37. Dkt. No. 41. The motion is granted in part and denied in part. By no later than March 21, 2025, Defendants DRA Logistics Corp. and 130 St. Equities LLC (the "Workforce Defendants") shall (1) produce all additional documents responsive to Plaintiffs' First Set of Requests for Production of Documents (the "Document Requests") and (2) provide amended Initial Disclosures and/or responses to Plaintiff's Interrogatories fully identifying (meaning, full name, present or last known address, and present or last known place of employment) any individuals in possession of or having knowledge of the contents of responsive documents, including Sudeish Persaud.

       The Clerk of Court is respectfully directed to close Dkt. No. 41.

       SO ORDERED.

Dated: March 14, 2025
       New York, New York                          LEWIS J. LIMAN
                                        United States District Judge