# LEVIN-EPSTEIN & ASSOCIATES, P.C.

420 Lexington Avenue • Suite 2458 • New York, New York 10170
T: 212.792.0046 • E: Joshua@levinepstein.com

May 15, 2025

***Via Electronic Filing***
The Hon. Lewis J. Liman U.S.D. J.
U.S. District Court, Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    *Cranmore v. Parts Authority, LLC et al*
            Case No.: 1:24-cv-05842-LJL

Dear Honorable Judge Liman:

This law firm represents Defendants DRA Logistics Corp. and 130 St Equities LLC (collectively, the "DRA Defendants") in the above-referenced matter.

Pursuant to Your Honor's Individual Motion Practice Rules, this letter respectfully serves to request an extension of time for Defendants AC Automotive Inc., AD Delivery & Warehousing, and Amrit Dabie to respond to the Amended Complaint to, through and including, June 26, 2025.

This is the first request of its kind. If granted, this instant request would not affect any other Court-ordered deadlines.

The basis of this request is that the undersigned law firm is in the process of being retained by Defendants AC Automotive Inc., AD Delivery & Warehousing, and Amrit Dabie.

In light of the foregoing, it is respectfully submitted that the Court extend these Defendants' deadline to respond to the Amended Complaint to, through and including, June 26, 2025.

Thank you, in advance, for your time and attention.

               Respectfully submitted,

               LEVIN-EPSTEIN & ASSOCIATES, P.C.

               By: */s/ Jason Mizrahi*
                   Jason Mizrahi
                   420 Lexington Avenue, Suite 2458
                   New York, NY 10170
                   Tel. No.:  (212) 792-0048
                   Email: Jason@levinepstein.com
                   *Attorneys for the DRA Defendants*

VIA ECF: All Counsel