# LEVIN-EPSTEIN & ASSOCIATES, P.C.

420 Lexington Avenue • Suite 2458 • New York, New York 10170
T: 212.792.0046 • E: Joshua@levinepstein.com

May 21, 2025

*<u>Via Electronic Filing</u>*
The Hon. Lewis J. Liman U.S.D. J.
U.S. District Court, Southern District of New York
500 Pearl Street
New York, NY 10007

      Re: *Cranmore v. Parts Authority, LLC et al*
        <u>Case No.: 1:24-cv-05842-LJL</u>

Dear Honorable Judge Liman:

  This law firm represents Defendants DRA Logistics Corp. and 130 St Equities LLC (collectively, the "DRA Defendants") in the above-referenced matter.

  Pursuant to Your Honor's Individual Motion Practice Rules, and Federal Rule of Civil Procedure ("Fed.R.Civ.P.") 25(a)(1), this letter respectfully serves to advise the Court that Amrit Dabie ("Mr. Dabie") has passed away, after suffering a fatal heart attack. Mr. Dabie is an individual defendant in this action, and is the principal of the DRA Defendants, and corporate defendants AD Delivery & Warehousing Inc. (d/b/a Workforce), and AC Automotive, Inc. (d/b/a Workforce).

  In light of the foregoing, it is respectfully submitted that the Court note Mr. Dabie's death on the record, pursuant to Fed.R.Civ.P. 25(a)(1). It is further respectfully submitted that the Court hold Plaintiff Jermaine Cranmore's motion to compel [Dckt. No. 67], in abeyance, pursuant to Fed.R.Civ.P. 25(a)(1).

  Thank you, in advance, for your time and attention.

              Respectfully submitted,

              LEVIN-EPSTEIN & ASSOCIATES, P.C.

            By: */s/ Jason Mizrahi*
              Jason Mizrahi
              420 Lexington Avenue, Suite 2458
              New York, NY 10170
              Tel. No.: (212) 792-0048
              Email: Jason@levinepstein.com
              *Attorneys for the DRA Defendants*

VIA ECF: All Counsel