UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X
JERMAINE CRANMORE, on behalf of himself and : 
all others similarly situated, :
: **No. 24 Civ. 5842 (LJL)**
                 Plaintiff, :
:
    -against- :
:
:
PARTS AUTHORITY, LLC, PARTS AUTHORITY- :
WAW LLC, DRA LOGISTICS CORP. d/b/a :
WORKFORCE, 130 ST EQUITIES LLC d/b/a :
WORKFORCE, AD DELIVERY & WAREHOUSING :
INC. d/b/a WORKFORCE, AC AUTOMOTIVE, :
INC. d/b/a WORKFORCE, AMRIT DABIE, and : **STIPULATION AND**
SUDESH PERSAUD a/k/a SUDEISH PERSAUD : **[PROPOSED] ORDER**
:
                 Defendants. :
------------------------------------------------------------------------ X

      **WHEREAS,** Plaintiff Jermaine Cranmore has stated an intention to seek conditional certification of a Fair Labor Standards Act ("FLSA") collective action pursuant to 29 U.S.C. § 216(b);

      **WHEREAS,** the parties, through their respective counsel, have agreed to the extension of the deadline for a motion or stipulation regarding the certification of an FLSA collective action for the reasons set forth in Plaintiff's concurrently-filed extension request (ECF No. 69);

      **WHEREAS**, nothing in this Stipulation shall be interpreted as Defendants' consent to add any putative plaintiffs to this Action or Defendants' consent for the Court to notify any such putative plaintiffs of the pendency of this Action;

      **IT IS HEREBY STIPULATED AND AGREED,** by and between the parties, that the statute of limitations on FLSA claims for putative FLSA collective action members who subsequently opt in to this Action by filing consent to sue forms be and hereby is tolled during the period from April 14, 2025 through July 3, 2025, or the filing of a stipulation to the conditional certification of an FLSA collective, whichever comes earlier.

[SIGNATURE PAGE FOLLOWS]

Dated: New York, New York
       June 4, 2025

| By: | */s/ Galen C. Baynes* | By: | */s/ Jeffrey W. Brecher* | By: | */s/ Jason Mizrahi* |
|---|---|---|---|---|---|
| | Galen C. Baynes, Esq.<br>Louis Pechman, Esq.<br>Pechman Law Group PLLC<br>488 Madison Avenue, 17th Floor<br>New York, NY 10022<br>Tel.: (212) 583-9500<br>baynes@pechmanlaw.com<br>pechman@pechmanlaw.com<br>*Attorneys for Plaintiff, the Putative FLSA Collective, and the Putative Rule 23 Class* | | Jeffrey W. Brecher, Esq.<br>Jackson Lewis P.C.<br>58 South Service Road, Suite 250<br>Melville, New York 11747<br>Tel.: (631) 247-0404<br>jeffrey.brecher@jacksonlewis.com<br>*Attorneys for the Parts Authority Defendants* | | Jason Mizrahi, Esq.<br>Levin-Epstein and Associates, P.C.<br>60 East 42nd Street, Suite 4700<br>New York, New York 10165<br>Tel.: (212) 792-0048<br>jason@levinepstein.com<br>*Attorneys for Defendants DRA Logistics Inc. and 130 St Equities LLC* |

**SO ORDERED.**

_____
Hon. Lewis J. Liman
United States District Judge

Dated: New York, New York
      _____, 2025