

**Justin Marino,** Partner    o: (212) 939-7228    f: (212) 531-6129
a: 2000 Deer Park Avenue, Deer Park, NY 11729
e: jmarino@stevensonmarino.com

September 15, 2025

VIA ECF

Honorable Lewis J. Liman
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

    Re:    *Jermaine Cranmore v. Parts Authority, LLC, et al.*
            1:24-cv-5842-LJL

Dear Judge Liman:

    This office represents DRA Logistics Corp. and 130 St. Equities LLC (collectively, the "Defendants"), in the above-referenced matter. We write to advise the Court that Named Plaintiff Cranmore and opt-in Plaintiff, Mohammed (collectively, "Plaintiffs"), have accepted Defendants' Rule 68 Offer Of Judgments, which resolve the claims against all Defendants. *See* Dkts 103 (Cranmore Accepted Offer of Judgment), 104 (Mohammed Accepted Offer of Judgment).

    At this point, we request the Order a briefing schedule on Plaintiff's motion for attorneys' fees and costs. The parties have conferred on this point and agree Plaintiff's Motion should be filed on September 29, Defendants' Opposition on October 13, and Plaintiff's Reply be due on October 20.

    We thank the Court for its consideration of the foregoing.

Date:   September 15, 2025
          Deer Park, New York

                                     /s/ Justin R. Marino
                                     Justin R. Marino, Esq.
                                     STEVENSON MARINO LLP
                                     2000 Deer Park Avenue
                                     Deer Park, NY 11729
                                     212.939.7228 (o)

                                     Attorneys for Defendants:
                                       Defendant DRA Logistics Corp, and
                                       130 St. Equities LLC