

**Justin Marino,** Partner    o: (212) 939-7228    f: (212) 531-6129
a: 2000 Deer Park Avenue, Deer Park, NY 11729
e: jmarino@stevensonmarino.com

September 17, 2025

VIA ECF

Honorable Lewis J. Liman
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

    Re:    *Jermaine Cranmore v. Parts Authority, LLC, et al.*
            1:24-cv-5842-LJL

Dear Judge Liman:

    This office represents DRA Logistics Corp. and 130 St. Equities LLC (collectively, the "Defendants"), in the above-referenced matter. We write to advise the Court that the Parties have been able to resolve the attorneys' fees and cost dispute without the Court's intervention. Specifically, counsel for Named Plaintiff Cranmore and opt-in Plaintiff, Mohammed (collectively, "Plaintiffs"), have agreed to accept, as payment in full for their attorneys' fees and costs, a sum of One Hundred Fifty Thousand Dollars ($150,000.00).

    Based on the foregoing, we have separately filed an updated Proposed Judgment which reflects the parties' agreement. We respectfully request the Court So Order the Proposed Judgment and dismiss the Action with prejudice.

    We thank the Court for its consideration of the foregoing.

Date:   September 17, 2025
          Deer Park, New York            /s/ Justin R. Marino
                                                  Justin R. Marino, Esq.
                                                  STEVENSON MARINO LLP
                                                  2000 Deer Park Avenue
                                                  Deer Park, NY 11729
                                                  212.939.7228 (o)

                                                  Attorneys for Defendants:
                                                    Defendant DRA Logistics Corp, and
                                                      130 St. Equities LLC

cc:    All Counsel of Record (via ECF)