UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JERMAINE CRANMORE, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>-against-<br><br>PARTS AUTHORITY, LLC, PARTS AUTHORITY-WAW LLC, DRA LOGISTICS CORP. d/b/a WORKFORCE, 130 ST EQUITIES LLC d/b/a WORKFORCE, AD DELIVERY & WAREHOUSING INC. d/b/a WORKFORCE, AC AUTOMOTIVE, INC. d/b/a WORKFORCE, AMRIT DABIE, and SUDESH PERSAUD a/k/a SUDEISH PERSAUD,<br><br>Defendants. | Civ. Action No: 24-CV-5842 (LJL)<br><br>**JUDGMENT** |

**WHEREAS**, on August 11, 2025, Defendants DRA Logistics Corp. and 130 St. Equities LLC offered Plaintiff Jermaine Cranmore to take a judgment against them in this action pursuant to Federal Rule of Civil Procedure 68 in the amount of Sixty Thousand Dollars and Zero Cents ($60,000.00) plus reasonable attorneys' fees and costs incurred by Plaintiff's attorneys' to-date, as determined by the Court, and offered Plaintiff and Asiya Mohamed to take judgment against them in this action pursuant to Federal Rule of Civil Procedure 68 in the amount of Twenty Thousand Dollars and Zero Cents ($20,000.00) plus reasonable attorneys' fees and costs incurred by Plaintiff's attorneys' to-date, as determined by the Court..

**WHEREAS,** on Augst 25, 2025, Plaintiffs' counsel severed Notice of Acceptance of the above offers of judgment on behalf of Cranmore and Mohamed;

**WHEREAS**, counsel for DRA Logistics Corp. and 130 St. Equities LLC have agreed to pay One Hundred Fifty Thousand Dollars ($150,000.00) to Plaintiff's counsel for all of Plaintiff's

1

attorneys' fees and costs. Plaintiff's counsel has agreed to accept the foregoing payment in full consideration of their fees and costs incurred from the beginning of time through the disposition of this Action. Accordingly, it is:

**HEREBY ORDERED and ADJUDGED** that judgment is hereby entered pursuant to Rule 68 of the Federal Rules of Civil Procedure in favor of Plaintiffs against DRA Logistics Corp. and 130 St. Equities LLC for Eighty Thousand Dollars and Zero Cents ($80,000.00), plus attorneys' fees and costs in the amount of One Hundred Fifty Thousand Dollars ($150,000.00).

Further, it is **HEREBY ORDERED and ADJUDGED** that acceptance of these offers of judgment shall have the effect of a dismissal with prejudice of each and every claim set forth in the Complaint or Amended Complaint against Defendants DRA LOGISTICS CORP. d/b/a WORKFORCE, 130 ST EQUITIES LLC d/b/a WORKFORCE, AD DELIVERY & WAREHOUSING INC. d/b/a WORKFORCE, AC AUTOMOTIVE, INC. d/b/a WORKFORCE, AMRIT DABIE, and SUDESH PERSAUD a/k/a SUDESH PERSAUD, PARTS AUTHORITY, LLC, PARTS AUTHORITY- WAW LLC, as well as any of Defendants', parent or subsidiaries, successors or assigns, and any past and present employees, officers, representatives, or agents (collectively "Defendants"), as well as a release and discharge of any other federal, state, or common law claims against Defendants relating to work performed by you, either directly or indirectly as an employee or under a "joint employer" theory of liability, for Defendants, including, but not limited to any claims for unpaid wages, minimum wage, overtime, interest, and penalties.

SO ORDERED, on the __18__ day of __September__, 20__25__, New York, New York:

SO ORDERED.

_____
LEWIS J. LIMAN
United States District Judge