```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/19/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
JERMAINE CRANMORE, :
:
Plaintiff, :
: 24-cv-05842 (LJL)
-v- :
: ORDER
:
PARTS AUTHORITY, LLC ET AL, :
:
Defendants. :
------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

    The Court entered judgment in this matter on September 18, 2025 at Dkt. No. 110. Therefore, the Clerk of Court is respectfully directed to close the case.

    SO ORDERED.

Dated: September 19, 2025
       New York, New York

                                                  LEWIS J. LIMAN
                                            United States District Judge