UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
JERMAINE CRANMORE, on behalf of himself and all
others similarly situated,

                Plaintiff,

    -against-

PARTS AUTHORITY, LLC, PARTS AUTHORITY-
WAW LLC, DRA LOGISTICS CORP. d/b/a
WORKFORCE, 130 ST EQUITIES LLC d/b/a
WORKFORCE, AD DELIVERY & WAREHOUSING
INC. d/b/a WORKFORCE, AC AUTOMOTIVE, INC.
d/b/a WORKFORCE, AMRIT DABIE, and SUDESH
PERSAUD a/k/a SUDEISH PERSAUD

                Defendants.
------------------------------------------------------------------ X

No. 24 Civ. 5842 (LJL)

**SATISFACTION OF JUDGMENT**

**WHEREAS**, a Judgment was entered in the above action on September 18, 2025 (ECF No. 110), in favor of Plaintiffs Jermaine Cranmore and Asiya Mohamed and against Defendants DRA Logistics Corp. and 130 St. Equities LLC ("Defendants") in the total sum of $230,000; and

**WHEREAS**, Defendants have satisfied the Judgment in full and it is certified that there are no executions outstanding with any Sheriff or Marshal;

**NOW THEREFORE**, the complete satisfaction of judgment is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make entry of the full and complete satisfaction of the judgment on the docket.

Dated: New York, New York
        September 25, 2025

By: _____
Galen C. Baynes
PECHMAN LAW GROUP PLLC
488 Madison Ave., 17th Floor
New York, New York 10022
Tel.: (212) 583–9500
*Attorneys for Plaintiffs*

STATE OF NEW YORK          )
                           )   ss.:
COUNTY OF NEW YORK         )

On this 25th day of September, 2025, before me personally came Galen C. Baynes, to me known and known to be a member of the firm of Pechman Law Group PLLC, attorneys for Plaintiffs Jermaine Cranmore and Asiya Mohamed in the above-captioned action, and to be the same person described in and who executed the within satisfaction of judgment and acknowledged to me that they executed the same.

_____
Notary Public

